# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED ASSOC. OF THE PLUMBING AND PIPE FITTING INDUSTRY OF U.S. AND CANADA, LOCAL NO. 360, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> CRAFTON PLUMBING AND HOME SERVICES, LLC, <br><br>  Defendant. | Case No. 3:24-CV-02581-DWD |

## ORDER

**DUGAN, District Judge:**

Pursuant to the parties' Stipulation for Entry of Consent Judgment (Doc. 25), the Court hereby enters judgment in favor of Plaintiffs and against Defendant in the amount of $76,148.13, which shall be paid as set forth in the payment schedule contained in the parties' Stipulation. Further pursuant to the parties' Stipulation, the Court vacates the Default Judgment previously entered. (Doc. 16).

**SO ORDERED.**

Dated: July 9, 2025

*/s David W. Dugan*
DAVID W. DUGAN
United States District Judge